UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

JEREMIAS JULIO,

                              Plaintiffs,

              -against-

POLICE OFFICER STEVEN THEOPHILE, Shield No. 20214, SGT. JOSEPH FIGLIOZZI, Shield No. 3204, SGT. O'HARE, JOHN and JANE DOE 1 through 10,

                              Defendants.

**NOTICE OF APPEARANCE**

17 CV 4347 (DLI) (VMS)

-------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that **Daniel Guillermo Saavedra**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for the interested party, the Office of the Corporation Counsel.

Dated:      New York, New York
              August 9, 2017

                                    ZACHARY W. CARTER
                                    Corporation Counsel of the City of New York

                          By:        / s/
                                    Daniel G. Saavedra
                                    *Assistant Corporation Counsel*
                                    Special Federal Litigation Division
                                    Tel: (212) 356-0892
                                    dsaavedra@law.nyc.gov

cc:     <u>VIA ECF</u>
        Gabriel P. Harvis, Esq.
        *Attorney for Plaintiff*