

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**DANIEL G. SAAVEDRA**
*Assistant Corporation Counsel*
Phone: (212) 356-0892
Fax: (212) 356-3509
Email: dsaavedr@law.nyc.gov

January 10, 2018

**BY E.C.F.**
Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>       Re: *Jeremias Julio v. Officer Theophile, et al.,*
>            17 Civ. 4347 (NGG) (VMS)

Your Honor:

  I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter. Defendants write, on behalf of the parties, to respectfully inform the Court that the parties, to date, have no discovery disputes which require Court intervention.

  By way of background, plaintiff Jeremias Julio alleges, *inter alia*, that he was unlawfully arrested and subjected to excessive force by members of the New York City Police Department ("NYPD") on or about September 17, 2016. On September 27, 2017, Your Honor ordered the parties to file a joint status report by January 10, 2018, outlining any outstanding discovery disputes, in anticipation of an in-person status conference scheduled for January 17, 2018. *See* Docket Entry No. 15.

  The parties are currently in the process of completing paper discovery and have, thus far, been able to resolve any disagreements regarding the scope of discovery without Court intervention. As such, the parties have no discovery disputes to raise with the Court at this time. The parties anticipate scheduling depositions shortly and finishing fact discovery within the time contemplated by the September 27, 2017 scheduling order.

- 2 -

Defendants thank the Court for its attention to this matter.

.

        Respectfully submitted,

        /s/

        Daniel G. Saavedra
        *Assistant Corporation Counsel*
        Special Federal Litigation Division

cc:    Gabriel P. Harvis, Esq. (by ECF)
       *Attorney for Plaintiff*