Record of Conference and Orders: Vera M. Scanlon, USMJ        Date:  1/17/2018

Case: <u>Julio v. Theophile et al</u> 17 Civ. 04347 (NGG) (VMS)

ECF Recording in 504N:        ☐ Telephone Conference        ☑ In-person Conference

**10:59 – 11:06**

Counsel: *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

Conference Type:

☐ Initial Conference ☐ Status Conference ☑ Settlement Conference ☐ Motion Hearing ☑ Discovery Conference ☐ JPTO Conference    ☐ Other _____

Further to the conference, discovery and other scheduling dates are as follows:
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements
☐ Document requests to be served
☐ Interrogatories to be served
☐ Amended pleadings, incl. joinder        ☐ To be served    ☐ To be filed
   ☐ Complaint ☐ Answer               ☐ On consent ☐ By motion ☐ By PMC letter
☐ Joint status letter ☐ Stip of dismissal to be filed
☐ Status conference                    Date:          Time:
   ☐ In person ☐ Telephone (718) 613-2300    To be organized by:
☐ Specific depositions to be held
☐ Fact discovery closes
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☐ All discovery closes
☐ Joint letter confirming discovery is concluded
☐ Summary judgment to be initiated     ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed    ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☑ Settlement Conference                Date: 2/2/18    Time: 1:30

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: <u>Julio v. Theophile et al</u> 17 Civ. 04347 (NGG) (VMS)

Date: 1/17/2018

**Additional Orders:**

Discovery is progressing.

Settlement conference for 2/2/18 at 1:30 PM. П must attend.

