**Record of Conference and Orders: Vera M. Scanlon, USMJ**  Date: 2/2/2018

Case: _Salvi_

Civ. A. 17 - 4347 ( )(VMS)

**ECF Recording in 504N:** ☐ Telephone Conference  ☒ In-person Conference

_[blank highlighted box]_

**Counsel:** *(See separately docket entry or document for specific appearances)*

☐ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☒ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

_2 hrs_
_1.45 settlnt_
_.15 dhs wrng_

**Conference Type:**

☐ Initial Conference ☐ Status Conference ☒ Settlement Conference ☐ Motion Hearing ☒ Discovery Conference ☐ JPTO Conference ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**  _see 9/27/17 order_
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*
☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements
☐ Document requests to be served
☐ Interrogatories to be served
☐ Amended pleadings, incl. joinder     ☐ To be served    ☐ To be filed
   ☐ Complaint ☐ Answer                ☐ On consent ☐ By motion ☐ By PMC letter
☐ Joint status letter ☐ Stip of dismissal to be filed
☐ Status conference                    Date:       Time:
   ☐ In person ☐ Telephone (718) 613-2300   To be organized by:
☐ Specific depositions to be held
☐ Fact discovery closes
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☐ All discovery closes
☐ Joint letter confirming discovery is concluded
☐ Summary judgment to be initiated     ☐ PMC letter ☐ Briefing
☐ Joint pre-trial order to be filed    ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ Settlement Conference                Date:       Time:

_Counsel discussed but did not reach agreement on settlement_

Page 1 of 1