

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY  10007 | DANIEL G. SAAVEDRA<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-0892<br>Fax: (212) 356-3509<br>dsaavedr@law.nyc.gov |
|---|---|---|

March 23, 2018

**BY E.C.F.**
Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Julio v. Police Officer Theophile, et al.,* 17 Civ. 4347 (NGG)(VMS)

Your Honor:

  I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, and the attorney assigned to the defense of the above-referenced matter. Defendants Police Officer Theophile, Police Officer Beckford, Sgt. O'Hare and Police Officer Ryan (hereinafter "defendants") write to respectfully inform the Court that the parties have agreed to settle this matter without further litigation.  Defendants are in the process of drafting the necessary stipulations for plaintiff's execution and intend to forward those stipulations to plaintiff's counsel no later than March 26, 2018.  Accordingly, defendants respectfully request that the Court adjourn, *sine dine*, all currently scheduled deadlines and appearances.

  Defendants thank the Court for its consideration of this request.

            Respectfully submitted,

            /s/

            Daniel G. Saavedra
            Assistant Corporation Counsel
            Special Federal Litigation Division

cc: Gabe P. Harvis, Esq. (By ECF)
   *Plaintiff's Counsel*