UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

JEREMIAS JULIO,

                                                    PLAINTIFF,

-AGAINST-

POLICE OFFICER STEVEN THEOPHILE, POLICE OFFICER
BECKFORD, POLICE OFFICER RYAN, SERGEANT O'HARE, JOHN
AND JANE DOE 1 THROUGH 10,

                                                    DEFENDANTS.
-------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

17 Civ. 4347 (NGG) (VMS)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

Dated: New York, New York
      3/27, 2018

| | |
|---|---|
| HARVIS & FETT LLP<br>*Attorneys for Plaintiff*<br>305 Broadway 14th Floor<br>New York, NY 10007 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants City of New York,*<br>   *Theophile, Beckford, and Ryan*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: *Gabriel P. Harvis*<br>    Gabriel P. Harvis<br>    *Attorney for Plaintiff* | By: _____<br>    Daniel G. Saavedra<br>    *Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE

Dated: _____, 2018