D|F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

JEREMIAS JULIO,

　　　　　　　　　　　　　　　　　PLAINTIFF,

　　　　　　　　-AGAINST-

POLICE OFFICER STEVEN THEOPHILE, POLICE OFFICER
BECKFORD, POLICE OFFICER RYAN, SERGEANT O'HARE, JOHN
AND JANE DOE 1 THROUGH 10,

　　　　　　　　　　　　　　　　　DEFENDANTS.
-------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

17 Civ. 4347 (NGG) (VMS)

　　　　　**WHEREAS,** the parties have reached a settlement agreement and now desire to
resolve the remaining issues raised in this litigation, without further proceedings and without
admitting any fault or liability;

　　　　　**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by
and between the undersigned, that

　　　　1.　　The above-referenced action is hereby dismissed with prejudice.

　　　　　　　[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

Dated: New York, New York
        3 / 2 7       , 2018

HARVIS & FETT LLP                           ZACHARY W. CARTER
*Attorneys for Plaintiff*                    Corporation Counsel of the
305 Broadway 14th Floor                          City of New York
New York, NY 10007                          *Attorney for Defendants City of New York,*
                                               *Theophile, Beckford, and Ryan*
                                            100 Church Street, 3rd Floor
                                            New York, New York 10007


By: *Gabriel P. Harvis*                      By: _____
    Gabriel P. Harvis                            Daniel G. Saavedra
    *Attorney for Plaintiff*                      *Assistant Corporation Counsel*


                                            SO ORDERED:


                                            s/Nicholas G. Garaufis
                                            _____
                                            HON. NICHOLAS G. GARAUFIS
                                            UNITED STATES DISTRICT JUDGE
                                            Dated: March 27 , 2018

2